476 A.2d 78

Commonwealth v. Smith, Appellant.

Argued January 12, 1984. David M. McGlaughlin,

for appellant; Mariana C. Sorensen, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and CIRILLO, JJ.

Judgment of sentence vacated and case remanded for an evidentiary hearing upon the issue of whether counsel was ineffective for the alleged failure to adequately investigate and present an insanity defense. If the trial court finds that counsel was ineffective, the court may then grant appropriate relief. If appellant is unable to sustain his contention that counsel was ineffective, the judgment of sentence shall be reimposed. Jurisdiction relinquished.